AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| The Bank of New York Mellon formerly known as The Bank of New York, as Trustee for the Certificateholders of the CWABS Inc Asset-Backed Certificates Series 2007-1<br>*Plaintiff*<br><br>v.<br><br>Jeffrey A Sullivan, Rose Sullivan, and Does 1 through 5 inclusive<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.   4:17-cv-05055-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  Plaintiff's Motion to Remand, ECF No. 7, is GRANTED.
Attorney's Fees in the amount of $525.00 are awarded to Plaintiff.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Stanley A. Bastian  on a motion to Remand, ECF No. 7, GRANTED.

Date:  7/18/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler